UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| NATOSHA MURPHY | CASE NO. 6:18-CV-00834 |
| VERSUS | JUDGE JUNEAU |
| CITY OF VILLE PLATTE ET AL | MAGISTRATE JUDGE WHITEHURST |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of any objections thereto, and concurring with the Magistrate Judge's findings under the applicable law after an independent review of the record by the District Court;

**IT IS ORDERED** that the Motion To Dismiss filed by Defendants, City of Ville Platte and Police Chief Neal Lartigue, individually and in his official capacity, Rec. Doc. [5] is **GRANTED IN PART AND DENIED IN PART**, in that the Motion as to Plaintiff, Natasha Murphy's, claims under La. R.S. § 40:2531; against Police Chief Lartigue in his official capacity; and state law claim for intentional infliction of emotional distress are GRANTED, and (2) the Motion is DENIED in all other respects.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 2nd day of January, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE